EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>June I. Ortiz Terreforte | 2005 TSPR 167<br><br>166 DPR ____ |
| --- | --- |

Número del Caso: TS-3189

Fecha: 10 de noviembre de 2005

Abogada de la Peticionaria:

Por Derecho Propio

Materia: Solicitud de Reinstalación al Ejercicio de la Abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

    June I. Ortiz Terreforte          TS-3189

RESOLUCIÓN

San Juan, Puerto Rico, a 10 de noviembre de 2005.

    Examinada la moción de reinstalación de June I. Ortiz Terreforte, se accede a lo solicitado y se autoriza su reinstalación al ejercicio de la abogacía.

    Publíquese.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Dimarie Alicea Lozada
Secretaria del Tribunal Supremo Interina